UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**EUGENE SCALIA**, Secretary of Labor,
United States Department of Labor,

    Petitioner,

v.

**JJ GOLD COAST, INC., SARPINOS LOOP, INC.,**
and **MJK SOUTH LOOP, INC.,** Illinois Corporations,
and **JULIUS JOKIMAS,** an Individual,

    Respondents.

Case No. 20-cv-553

Judge:

Magistrate Judge:

## SECRETARY OF LABOR'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | Return of Service for Subpoenas *duces tecum* A1, A2, and A3, dated March 22, 2019. |
| A1 | Subpoena *duces tecum* dated March 14, 2019, and Attachment #1, to Respondent JJ Gold Coast, Inc. |
| A2 | Subpoena *duces tecum* dated March 14, 2019, and Attachment #1, to Respondent Sarpinos Loop, Inc. |
| A3 | Subpoena *duces tecum* dated March 14, 2019, and Attachment #1, to Respondent MJK South Loop, Inc. |
| B | Declaration of Wage and Hour Investigator Renato Reggiardo in Support of the Secretary of Labor's Petition to Enforce Administrative Subpoenas *Duces Tecum* |
| B1 | Appointment Letter to Respondent Jokimas' Sarpino's location at 158 West Division Street, Chicago, Illinois (aka JJ Gold Coast), dated September 17, 2018. |
| B2 | FLSA compliance review letter to Respondent Jokimas at 158 West Division Street, Chicago, Illinois 60610 (JJ Gold Coast location) dated December 18, 2019. |