UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUGENE SCALIA**, Secretary of Labor**,** United States Department of Labor**,**<br><br>Petitioner**,**<br>**v.**<br><br>**JJ GOLD COAST, INC., SARPINOS LOOP, INC.,** and **MJK SOUTH LOOP, INC.,** Illinois Corporations, and **JULIUS JOKIMAS,** an Individual,<br><br>Respondents. | Case No. 20-v-553<br><br>Judge:<br><br>Magistrate Judge: |

### ORDER TO SHOW CAUSE

Petitioner **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, by his attorneys, having filed the *Secretary of Labor's Petition for Enforcement of Administrative Subpoenas Duces Tecum* and it appearing, based on the Petition, Respondents **JJ GOLD COAST, INC., SARPINOS LOOP, INC.,** and **MJK SOUTH LOOP, INC.,** Illinois Corporations, (collectively "Respondent Corporations") and **JULIUS JOKIMAS,** an individual (collectively, "Respondents"), having failed to appear and produce the records, papers, and documents as set forth in the subpoenas *duces tecum* issued by the Regional Administrator, Wage and Hour Division, United States Department of Labor, and duly served upon Respondents**.**

It appearing that good cause has been shown why Respondents should be directed to show cause, if any, why they should not comply with and obey the administrative subpoenas *duces tecum* in each and every requirement thereof, it is hereby

**ORDERED** that within ten days of service of this Order and the Petition and supporting Memorandum and Exhibits, Respondents show cause, if any, for their failure to comply with and obey the administrative subpoenas *duces tecum,* or comply in full with the Subpoenas, and

**FURTHER ORDERED** that the U.S. Marshals Service serve a copy of this Order, together with a copy of the Petition, supporting Memorandum and Exhibits, upon Respondents **JJ GOLD COAST, INC., SARPINOS LOOP, INC.,** and **MJK SOUTH LOOP, INC., and individual JULIUS JOKIMAS**, within 14 days of this Order;

**FURTHER ORDERED** that the statute of limitations set forth at Section 6 of the Portal-to-Portal Act, 29 U.S.C. § 255, is hereby tolled from April 12, 2019, the date Respondents first failed to comply with the Secretary's subpoenas *duces tecum*, until such date as the Secretary informs the Court that Respondents have complied in full.

DATED:_____, 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION